UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JACQUELINE  JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:15-cv-02057-SEB-DML |
| | ) | |
| CROWN HILL MANAGEMENT LLC, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

## Order Approving and Adopting Report and Recommendation and Dismissing Plaintiff's Complaint with Prejudice

On July 29, 2016, the Magistrate Judge submitted and filed her Report and Recommendation (Dkt. 21) on the defendants' motion to dismiss, request for contempt citation, and request for attorneys' fees.  The parties were afforded the opportunity according to statute and the Federal Rules of Civil Procedure to file objections to that Report and Recommendation.  No party has filed an objection. The Court, having considered the Magistrate Judge's Report and Recommendation (Dkt. 21) and being duly advised, now APPROVES and ADOPTS it.  The defendants' motion to dismiss, request for contempt citation, and request for attorneys' fees (Dkt. 19) is GRANTED IN PART AND DENIED IN PART as provided in the Report and Recommendation and this Order.  The Court denies the defendants' requests for a contempt citation and award of attorneys' fees.  The plaintiff's complaint is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Date: 8/22/2016

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

Via U.S. mail:

**JACQUELINE JOHNSON**
9949 Ellis Drive
Indianapolis, IN 46235